■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SELVYN BELGRAVE, Appellant. [619 NYS2d 651] —Appeal by the defendant from the judgment of the Supreme Court, Kings County (Gerges, J.), rendered July 1, 1991, convicting him of criminal possession of a weapon in the second degree and grand larceny in the fourth degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that expert testimony was im-

properly admitted is unpreserved for appellate review and there is no basis to reach it in the exercise of our interest of justice jurisdiction *(see, People v Udzinski,* 146 AD2d 245, 250).

The defendant's sentence is not excessive *(see, People v Suitte,* 90 AD2d 80). Sullivan, J. P., Rosenblatt, Pizzuto and Altman, JJ., concur.